# Third District Court of Appeal
## State of Florida

Opinion filed May 1, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1900
Lower Tribunal No. F16-5055
_____

**Anthony Ward,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Carlos J. Martinez, Public Defender, and Shannon Hemmendinger, Assistant Public Defender, for appellant.

Ashely Moody, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before LINDSEY, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.